UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>    Plaintiff,<br><br>v<br><br>MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER,<br><br>    Defendant. | Civil Case No.:  05cv01676 (PLF) |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned John C. Lowe as co-counsel for Defendant Madonna Acquisition Company, Inc., d/b/a/ Madonna Health Care Center a/k/a. Madonna Nursing Care Center.

                                                            s/John C. Lowe
                                                            John C. Lowe
                                                            John Lowe, P.C.
                                                            D.C. Bar No. 427019
                                                            5920 Searl Terrace
Dated:  September 26, 2005                           Bethesda, MD  20816

Phone 301-320-5595
Fax 301-320-8878
johnlowe@johnlowepc.com
Co-counsel for Defendant Madonna Acquisition Company, Inc. Inc., d/b/a/ Madonna Health Care Center a/k/a Madonna Nursing Care Center.