UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>        Plaintiff,<br><br>v<br><br>MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER,<br><br>        Defendant. | Civil Case No.:  05cv01676 (PLF) |

**ANSWER TO COMPLAINT, TOGETHER WITH
<u>AFFIRMATIVE DEFENSES, AND AFFIDAVIT OF SERVICE</u>**

NOW COMES the defendant, MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER, by and through its attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, saving and reserving unto itself all right and manner of benefit and exception to the many insufficiencies and inaccuracies in the plaintiff's Complaint contained, and for its

answer thereto, or to so much as it is advised it is necessary or material for it to answer, says:

## Introduction

1. Answering paragraph 1 of plaintiff's Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiffs are left to their strict proofs thereof.

## Jurisdiction and Venue

2. Answering paragraph 2 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiffs are left to their strict proofs thereof.

3. Answering paragraph 2 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiffs are left to their strict proofs thereof.

## Parties

4. Answering paragraph 4 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

5. Answering paragraph 5 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

6. Answering paragraph 6 of said Complaint, defendant neither admits nor denies the allegations contained therein for lack of knowledge or sufficient information upon which to form a belief thereto and leaves the plaintiff to its strict proofs thereof.

7. Answering paragraph 7 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

8. Answering paragraph 8 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

9. Answering paragraph 9 of said Complaint, this defendant admits the allegations contained therein.

10. Answering paragraph 10 of said Complaint, this defendant admits the allegations contained therein.

## Statement of Claim

11. Answering paragraph 11 of said Complaint, this defendant admits the allegations contained therein.

12. Answering paragraph 12 of said Complaint, defendant, upon information and belief, admits the allegations contained therein.

13. Answering paragraph 13 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

14. Answering paragraph 14 of said Complaint, this defendant denies the allegations in the manner and form alleged; by way of further answer defendant relies upon and incorporates the collective bargaining agreement in its entirety.

15. Answering paragraph 15 of said Complaint, this defendant admits the allegations contained therein.

16. Answering paragraph 16 of said Complaint, defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to its strict proofs therein.  By way of further answer, defendant states that Section 3.1 of the Trust Agreement will speak for itself and defendant relies upon it in its entirety.

17. Answering paragraph 17 of said Complaint, defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to its strict proofs therein.  By way of further answer, defendant states that Trust Agreement and Pension Fund's Collection Policy will speak for themselves and defendant relies upon them in their entirety.

18. Answering paragraph 18 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

19. Answering paragraph 19 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

20.     Answering paragraph 20 of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

23.     Answering paragraph 23 of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

24.     Answering paragraph 24 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

25.     Answering paragraph 25 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

26.     Answering paragraph 26 of said Complaint, defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to its strict proofs thereof.

WHEREFORE, defendant asks that plaintiff's Complaint be dismissed as to defendant, with costs and attorneys' fees to this defendant most unjustly sustained.

    Respectfully submitted,

    KITCH DRUTCHAS WAGNER
    VALITUTTI & SHERBROOK

By:  s/Karen B. Berkery

    KAREN B. BERKERY (P38698)
    Attorneys for Defendant Madonna
    Acquisition Company, Inc., d/b/a
    Madonna Healthcare Center a/k/a
    Madonna Nursing Care Center
    One Woodward Avenue, Suite 2400
    Detroit, MI 48226-5485
    313-965-7448
    karen.berkery@kitch.com

    s/John C. Lowe
    D.C. Bar No. 427019
    John Lowe, P.C.
    5920 Searl Terrace
    Bethesda, MD  20816
    Phone 301-320-5595
    Fax 301-320-8878
    johnlowe@johnlowepc.com
    Co-counsel for Madonna Acquisition
    Company, Inc., d/b/a Madonna
    Healthcare Center a/k/a Madonna
Dated:  September 26, 2005    Nursing Care Center

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>    Plaintiff,<br><br>v<br><br>MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER,<br><br>    Defendant. | Civil Case No.:  05cv01676 (PLF) |

**AFFIRMATIVE DEFENSES**

NOW COMES the defendant herein, by its attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and by way of Affirmative Defenses, states that it will rely upon and insist in its defense and demands reply hereto:

1.      That any alleged damages sustained by the plaintiffs were proximately caused totally, or in part, by plaintiffs' negligence and/or willful acts and that any recovery by plaintiffs must, therefore, be diminished in whole or in part.

2.      The plaintiffs' Complaint and the relief sought therein is barred in whole or in part by the legal and equitable doctrines of waiver, estoppel, unclean hands, and laches.

7

3.  Plaintiffs failed to make every reasonable effort to mitigate, prevent and/or reduce their alleged damages and injuries.

4.  That defendant reserves the right to add to its answer and to rely upon all affirmative defenses as may be hereafter disclosed by way of discovery.

WHEREFORE, defendant prays that this suit be dismissed as to it, with costs and attorneys' fees to this defendant most unjustly sustained.

> Respectfully submitted,
>
> KITCH DRUTCHAS WAGNER
> VALITUTTI & SHERBROOK
>
> By:  s/Karen B. Berkery
> KAREN B. BERKERY (P38698)
> Attorneys for Defendant Madonna
> Acquisition Company, Inc., d/b/a
> Madonna Healthcare Center a/k/a
> Madonna Nursing Care Center
> One Woodward Avenue, Suite 2400
> Detroit, MI 48226-5485
> 313-965-7448
> karen.berkery@kitch.com
>
> s/John C. Lowe
> John Lowe, P.C.
> 5920 Searl Terrace
> Bethesda, MD  20816
> Phone 301-320-5595
> Fax 301-320-8878
> johnlowe@johnlowepc.com
> Co-counsel for Madonna Acquisition
> Company, Inc., d/b/a Madonna
> Healthcare Center a/k/a Madonna
> Nursing Care Center

Dated:  September 26, 2005

DET02\1062386\1