UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v<br><br>MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER,<br><br>Defendant. | Civil Case No.: 05cv01676 (PLF) |

### JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Minute Entry of December 19, 2005, the parties hereby notify the Court that they are currently in settlement negotiations. The parties are near to an agreement and are optimistic that a resolution can be reached within the next three weeks. Accordingly, the parties request that the Court grant a second continuance of the Scheduling Conference in this case to allow the parties to continue their efforts towards settlement. Should the parties fail to reach an agreement in that time, the Parties will notify the court, submit an amended discovery schedule, and proceed with the litigation.

Dated: January 19, 2006

/s/
Thomas J. Hart
Slevin & Hart, P.C.
1625 Massachusetts Ave, NW
Suite 450
Washington DC 20036
(202) 797-8700
(202 234-8231 (fax)

Attorneys for Plaintiff

/s/
John C. Lowe
John C. Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816
(301) 320-5595
(301) 320-8878 (fax)

Attorney for Defendant

DET02\1085399.1