UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>　　Plaintiff,<br><br>v<br><br>MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER,<br><br>　　Defendant. | Civil Case No.: 05cv01676 (PLF) |

### JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Minute Entry of January 19, 2006, the parties hereby notify the Court that they have failed to reach a settlement in this action. The parties submit with this report a joint discovery schedule, which is attached hereto. The parties request that the Court issue a scheduling order along the lines of the submitted joint discovery schedule and permit the parties to proceed with the litigation.

Dated: February 21, 2006

/s/
Thomas J. Hart
Slevin & Hart, P.C.
1625 Massachusetts Ave, NW
Suite 450
Washington DC 20036
(202) 797-8700
(202 234-8231 (fax)

Attorneys for Plaintiff

/s/
John C. Lowe
John C. Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816
(301) 320-5595
(301) 320-8878 (fax)

Attorney for Defendant

DET02\1085399.1