UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MADONNA ACQUISITION CO. d/b/a Madonna Healthcare Center a/k/a Madonna Nursing Care Center, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-cv-01676(PLF) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have arrived at a settlement of the above-captioned case resolving all claims. The parties intend to file a praecipe of dismissal as soon as the settlement terms are reduced to an agreement and signed by the parties.

Dated: April 17, 2006

| | |
|---|---|
| /s/Thomas J. Hart | /s/Karen B. Berkery |
| Thomas J. Hart | Karen B. Berkery |
| Slevin & Hart, P.C. | Kitch, Drutchas, Wagner, Valitutti & Sherbrook |
| 1625 Massachusetts Ave, NW | One Woodward Ave, 24th Floor |
| Suite 450 | Detroit, MI 48226 |
| Washington DC 20036 | (313) 965 7448 (tel) |
| (202) 797-8700 | |
| (202 234-8231 (fax) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

H:\Clients\0310\126\Notice of Settlement.wpd