UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MADONNA ACQUISITION COMPANY, INC., d/b/a MADONNA HEALTHCARE CENTER a/k/a MADONNA NURSING CARE CENTER, <br><br> Defendant. | Civil Action No. 05-1676(PLF) |

ORDER

On April 17, 2006, the parties filed a notice informing the Court that this case had been settled as to all claims.  They further report that the parties anticipate filing notice of dismissal as soon as the settlement terms are reduced to writing and signed by the parties.  Accordingly, it is hereby

ORDERED that this case is DISMISSED.  The dismissal shall be without prejudice for a period of 30 days from the date of this Order.  If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice; it is

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 2, 2006