UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MADONNA ACQUISITION CO. d/b/a Madonna Healthcare Center a/k/a Madonna Nursing Care Center,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 05-cv-01676(PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

　　　The Plaintiffs, the Service Employees International Union National Industry Pension Fund and its Board of Trustees, and the Defendant Madonna Acquisition Company hereby stipulate to the dismissal of the Plaintiffs' claims against the Defendant in this action with prejudice.

Dated: May 27, 2006

| | |
|---|---|
| 　/s/Thomas J. Hart　　　　　　<br>Thomas J. Hart<br>Slevin & Hart, P.C.<br>1625 Massachusetts Ave, NW<br>Suite 450<br>Washington DC 20036<br>(202) 797-8700<br>(202 234-8231 (fax)<br><br>Attorneys for Plaintiff | 　/s/John Lowe　　　　　　　<br>John C. Lowe<br>John Lowe, P.C.<br>5920 Searl Terrace<br>Bethesda, MD 20816<br>(301) 320-5595<br>(301) 320-8878 (fax)<br><br><br>Attorneys for Defendant |

H:\Clients\0310\126\Stipulation of Dismissal.wpd